IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, <br> as Broadcast Licensee of the May 4, 2019 <br> Saul "Canelo" Alvarez v. Daniel Jacobs <br> Middleweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) FAN RESTAURANTS, INC., <br> individually, and d/b/a EL PUERTO DE <br> JALISCO; and <br> 2) FRANCISCO CAMARENA, <br> individually, and d/b/a EL PUERTO DE <br> JALISCO, <br><br> Defendants. | § § § § § § § § § § § § § § § § §  Civil Action No. 6:21-cv-00974-ADA-JCM |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") and Defendants (1) Fan Restaurants, Inc., individually, and d/b/a El Puerto de Jalisco; and (2) Francisco Camarena, individually, and d/b/a El Puerto de Jalisco (collectively "Defendants") announced to the Court that the parties have settled their respective claims. Plaintiff and Defendants also announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

SIGNED on this 15th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE